**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TOHO CO., LTD.,

    Plaintiff,                                                    Civil Action No.: 1:24-cv-00830

v.                                                         Judge John Robert Blakey

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendants |
|---|---|
| 1 | AboveOrdinaryArts |
| 2 | Aidan Carney Design |
| 3 | AJ Internationals |
| 6 | AlligatorCheese market |
| 8 | altoro |
| 9 | AndrewJohnson |
| 10 | andrewkellyuk |
| 11 | AnimeShirt |
| 12 | Bajingseng |
| 15 | Bentonhio |
| 16 | Bestworker |
| 18 | BishopCras |
| 19 | Blinxs |
| 20 | BoggsNicolas |
| 21 | bside7715 |
| 23 | canzyartstudio |
| 24 | casandrang |
| 26 | chrisables |
| 31 | Contenebratio |
| 32 | CPdesign |

2

| 36 | demonigote |
|---|---|
| 37 | demster |
| 38 | dennisthemantis |
| 39 | dhika |
| 41 | Digster |
| 43 | dolanjaran |
| 44 | DonCalamari |
| 45 | Dopamine Creative |
| 47 | Dreist Shirts |
| 49 | Droneiki |
| 50 | drow_easy |
| 56 | emodist |
| 57 | EmporiumofMadness |
| 58 | Excela Studio |
| 59 | Figuremaniashow |
| 60 | first ginan |
| 61 | Funk You |
| 62 | g zone |
| 63 | gegeha |
| 66 | GoEast |
| 67 | GojiTaku |
| 68 | GT666X |
| 69 | halfabubble |
| 70 | hkxdesign |
| 72 | ilvms |
| 75 | Israelitoflores |
| 76 | IVY Art |
| 78 | japu |
| 81 | JimBryson |
| 84 | jonatuncanny |
| 86 | JUNGDAJUNG |
| 88 | KaijuMilitia |
| 89 | kaitokid |
| 90 | KawaiiDread |
| 92 | Kiru1990 |
| 94 | kladenko |
| 95 | koifish |
| 96 | kookylove |
| 97 | leea1968 |
| 98 | Leitbild |
| 100 | lopescodesign |
| 102 | MagnumOpus |
| 103 | manospd |
| 104 | mattographer |

| | |
|---|---|
| 105 | mazee |
| 106 | MechaWes |
| 107 | mestiso |
| 108 | MIKELopez |
| 110 | moreorlessfilm |
| 111 | Morthern |
| 113 | Nashida Said |
| 115 | OniSide |
| 116 | Oowl Design |
| 117 | opoyostudio |
| 119 | Pannolinno |
| 120 | PaperHead |
| 122 | pberry |
| 123 | perol |
| 124 | pigboom |
| 125 | pilipsjanuariusDesign |
| 126 | polkadothero |
| 127 | pontosix |
| 128 | prometheus31 |
| 129 | RAINYDROP |
| 130 | RANS.STUDIO |
| 131 | RDNTees |
| 132 | RezhaHardrocker |
| 133 | ribandcheese |
| 135 | Robzilla2000 |
| 137 | saimen |
| 138 | Seaguns Shirt Salvo |
| 141 | sober artwerk |
| 142 | Space Dragon |
| 143 | spicytees |
| 144 | spoilerinc |
| 145 | syaman |
| 147 | TheAnchovyman |
| 148 | ThePieLord |
| 149 | THEVARIO |
| 150 | ThingamaPeej |
| 152 | Tom Krohne |
| 153 | VanityChiks |
| 154 | VectorVectoria |
| 156 | VintageGrim |
| 157 | vizcan |
| 158 | vladocar |
| 162 | wivier |
| 163 | wloem |

| 164 | xtrospectiv |
| --- | --- |
| 165 | y34r_z3r0_0 |
| 166 | Young at heart |
| 167 | yuhunaya |
| 168 | Zascanauta |
| 169 | Zulla, the barbaric artist |

This terminates the action.

DATED: February 23, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

4

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 23, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt